# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTINA HARRIS,
          Appellant,

vs.

JERMAINE HARRIS,
          Respondent.

No. 82326

FILED

JUN 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order awarding respondent attorney fees and costs. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

Initial review of the docketing statement and documents before this court revealed a potential jurisdictional defect. It appeared that the challenged order may not be substantively appealable. Accordingly, this court ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. In response, appellant has filed a motion to dismiss this appeal. She states that dismissal is appropriate on jurisdictional grounds and requests the dismissal or withdrawal of this appeal. The motion is granted and this appeal is dismissed.

It is so ORDERED.

_____, C.J.

21-16718

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Family Court Division, Department J
Ara H. Shirinian, Settlement Judge
Kelleher & Kelleher, LLC
Claflin Law Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A